IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA

          Plaintiff

-vs-

DINAH WALKER

          Defendant

---

: CASE NO. 5:05CR131-6

: ORDER ACCEPTING PLEA AGREEMENT
: AND JUDGMENT

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr. regarding the change of plea hearing and plea agreement of Sarah Guinto which was referred to the Magistrate Judge with the consent of the parties.

On 16 March 2005, the government filed a three-count indictment against Dinah Walker for conspiracy to possess with the intent to distribute and distribution of a controlled substance in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A) and 18 U.S.C. § 2. On 2 April 2008, a hearing was held in which Dinah Walker entered a plea of not guilty before Magistrate Judge James S. Gallas. On 5 June 2008, Magistrate Judge Baughman received Dinah Walker's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Dinah Walker is found to be competent to enter a plea. She understands her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Dinah Walker is adjudged guilty of Count One in violation of 21 U.S.C. § 846.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: 26 June 2008

2